Decided 5 March, 1900.

## STATE v. BLAZIER.

[60 Pac. 203.]

SERVICE OF NOTICE OF APPEAL IN CRIMINAL CASE.—A notice of appeal by a defendant from a judgment of conviction of a crime must be served on the clerk of the court in which the judgment roll was filed: *State* v. *Horner*, 36 Or. 68, followed.

From Multnomah : THOS. A. STEPHENS, Judge.

John E. Blazier appealed from a judgment convicting him of a crime.   The case was heard on a motion to dismiss.                                          DISMISSED.

*Mr. D.R.N.Blackburn,*Attorney-General, for the motion.

No appearance, *contra*.

PER CURIAM.   This is a motion by the state to dismiss the appeal because the notice thereof has not been served upon the clerk of the court where the judgment roll was filed, as required by Section 1433, Hill's Ann. Laws. The case comes within the decision in *State* v. *Horner*, 36 Or. 68 (59 Pac. 549), recently decided, and the motion will, therefore, be allowed.                  DISMISSED.